| PROB 22 [EDTN51] (1/98) | | DOCKET NUMBER (Tran. Court) 3:12-CR-5005-001 FILED |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 3:14-00110-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Christopher Ryan Daggs | Eastern District of Tennessee | Knoxville U.S. DISTRICT CO... EASTERN DIST. T... |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable James P. Jones United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/07/2012 — TO 03/06/2017 |

OFFENSE
Conspiracy to Distribute Cocaine Base, in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(iii)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that pursuant to Title 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 20, 2014
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/29/14
Effective Date

_United States District Judge_